| | |
|---|---|
| Reena A. Gambhir (*pro hac* pending) | Samuel Maida (Cal. Bar. No. 333835) |
| Brittany L. Nyovanie (*pro hac* pending) | HAUSFELD LLP |
| HAUSFELD LLP | 600 Montgomery Street, Suite 3200 |
| 888 16th Street NW, Suite 300 | San Francisco, CA 94111 |
| Washington, DC 20006 | Tel: (415) 633-1908 |
| Tel:   (202) 540-7200 | Fax: (415) 358-4980 |
| Fax:   (202) 540-7201 | E-mail: smaida@hausfeld.com |
| E-mail: rgambhir@hausfeld.com | |
| E-mail: bnieves@hausfeld.com | |

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re *Ex Parte* Application of<br><br>CONSUMERS' ASSOCIATION<br><br>Petitioner for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding | Case No. 23-mc-80322<br><br>*EX PARTE* APPLICATION FOR AN ORDER GRANTING LEAVE TO TAKE DISCOVERY FOR USE IN A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782 |

**PLEASE TAKE NOTICE** that the Consumers' Association ("Petitioner") applies to this Court for an order pursuant to 28 U.S.C. § 1782(a) granting leave to obtain targeted discovery from Samsung Semiconductor, Inc. and/or Samsung Electronics America, Inc. (the "Samsung Entities") and Apple Inc. ("Apple") (collectively, the "Respondents") for use in ongoing and pending foreign class action litigation. This application is based on the accompanying Memorandum in Support, the Declaration of Nicola A. Boyle, the Declaration of Brittany L. Nyovanie, and the exhibits attached thereto.

Dated: December 7, 2023                                     Respectfully submitted,

                                                                                    *s/ Samuel Maida*
                                                                                    Samuel Maida (Cal. Bar. No. 333835)
                                                                                    HAUSFELD LLP
                                                                                    600 Montgomery Street, Suite 3200
                                                                                    San Francisco, CA 94111
                                                                                    Tel: (415) 633-1908

-2-

Fax: (415) 358-4980
smaida@hausfeld.com

Reena A. Gambhir*
Brittany L. Nyovanie*
HAUSFELD LLP
888 16th Street, NW, Suite 300
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201
rgambhir@hausfeld.com
bnieves@hausfeld.com

*Attorneys for Consumers' Association*

*Pro Hac Pending