Reena A. Gambhir (*pro hac* pending)
Brittany L. Nyovanie (*pro hac vice*)
HAUSFELD LLP
888 16th Street NW, Suite 300
Washington, DC 20006
Tel:    (202) 540-7200
Fax:    (202) 540-7201
E-mail: rgambhir@hausfeld.com
E-mail: bnieves@hausfeld.com

Samuel Maida (Cal. Bar. No. 333835)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980
E-mail: smaida@hausfeld.com

*Counsel for Petitioner*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re *Ex Parte* Application of<br><br>CONSUMERS' ASSOCIATION<br><br>Petitioner for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding | **PROOF OF SERVICE** |

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Samuel Maida \| SBN: 333835<br>HAUSFELD LLP<br>600 Montgomery Street, Suite 3200   San Francisco, CA 94111<br>TELEPHONE NO.: (415) 633-1908 \| FAX NO. (415) 358-4980 \| E-MAIL ADDRESS *(Optional)*: smaida@hausfeld.com<br>ATTORNEY FOR *(Name)*: : | FOR COURT USE ONLY |

| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>STREET ADDRESS: 280 S. 1ST ST. ROOM 2112<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: SAN JOSE, CA 95113<br>BRANCH NAME: SAN JOSE/NORTHERN DISTRICT | Hearing Date:        Room:<br>Hearing Time:       Dept: |
| PLAINTIFF: IN RE EX PARTE APPLICATION OF CONSUMERS' ASSOCIATION<br>DEFENDANT: | CASE NUMBER:<br>5:23-mc-80322-SVK |
| **PROOF OF SERVICE** | Ref. No. or File No.:<br>6375624 |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**EX PARTE APPLICATION FOR AN ORDER GRANTING LEAVE TO TAKE DISCOVERY FOR USE IN A FOREIGN PROCEEDING PURSUANT TO 28U.S.C. § 1782;**

PARTY SERVED:   **APPLE INC.**

PERSON SERVED:   **ELAINE Y. - AUTHORIZED TO ACCEPT  - LEGAL DEPARTMENT**

DATE & TIME OF DELIVERY:   **12/19/2023**
   **2:31 PM**

ADDRESS, CITY, AND STATE:   **20705 Valley Green Dr**
   **Cupertino, CA 95014**

PHYSICAL DESCRIPTION:   **Age: 40+**   **Weight: 160**   **Hair: BROWN**
   **Sex: Female**   **Height: 5'5**   **Race: CAUCASIAN**

MANNER OF SERVICE:
   **Personal Service - By personally delivering copies.**

Fee for Service:
   County:  SANTA CLARA
   Registration No.:  1815
   County:  SANTA CLARA
   VERITEXT
   633 EAST COLONIAL DRIVE
   ORLANDO, FL 32803
   (800) 275-7991
   Ref: 6375624

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on  December 19, 2023.

Signature: _____
ANNA RAQUEL KELLEY

**PROOF OF SERVICE**

Order#: 215485/General

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address)*:
Samuel Maida | SBN: 333835
HAUSFELD LLP
600 Montgomery Street, Suite 3200   San Francisco, CA 94111
TELEPHONE NO.: (415) 633-1908 | FAX NO. (415) 358-4980 | E-MAIL ADDRESS *(Optional)*: smaida@hausfeld.com
ATTORNEY FOR *(Name)*: :

FOR COURT USE ONLY

**UNITED STATES DISTRICT COURT**
STREET ADDRESS: 280 S. 1ST ST. ROOM 2112
MAILING ADDRESS:
CITY AND ZIP CODE: SAN JOSE, CA 95113
BRANCH NAME: SAN JOSE/NORTHERN DISTRICT

Hearing Date:    Room:
Hearing Time:    Dept:

PLAINTIFF: IN RE EX PARTE APPLICATION OF CONSUMERS' ASSOCIATION
DEFENDANT:

CASE NUMBER:
5:23-mc-80322-SVK

# PROOF OF SERVICE

Ref. No. or File No.:
6375666

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**EX PARTE APPLICATION FOR AN ORDER GRANTING LEAVE TO TAKE DISCOVERY FOR USE IN A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782;**

PARTY SERVED: **SAMSUNG SEMICONDUCTOR, INC.**

BY LEAVING WITH: **'JOHN DOE' - REFUSED TO STATE FULL NAME - SECURITY**

DATE & TIME OF DELIVERY: **12/19/2023**
**2:06 PM**

ADDRESS, CITY, AND STATE: **3655 N 1st St**
**San Jose, CA 95134**

PHYSICAL DESCRIPTION:
Age: 40+    Weight: 165    Hair: BLACK
Sex: Male   Height: 5'9    Race: HISPANIC

MANNER OF SERVICE:
**Substituted Service - By leaving the copies with or in the presence of 'JOHN DOE' - REFUSED TO STATE FULL NAME a person at least 18 years of age apparently in charge at the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I thereafter mailed the copies to the person served, addressed as shown in above address, by first-class mail, postage prepaid, on December 19, 2023 from WESTMINSTER, CA.**

Fee for Service:
County: SANTA CLARA
Registration No.: 1611
County: SANTA CLARA
VERITEXT
633 EAST COLONIAL DRIVE
ORLANDO, FL 32803
(800) 275-7991
Ref: 6375666

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 19, 2023.

Signature: _____
JOSEPH J HUSSEY

**PROOF OF SERVICE**

Order#: 215478/General

| Attorney or Party without Attorney: Samuel Maida, SBN: 333835<br>HAUSFELD LLP<br>600 Montgomery Street, Suite 3200<br>San Francisco, CA 94111<br>TELEPHONE No.: (415) 633-1908 | E-MAIL ADDRESS (Optional): smaida@hausfeld.com<br>FAX No. (Optional): (415) 358-4980 | FOR COURT USE ONLY |
|---|---|---|
| Attorney for: | Ref No. or File No.: 6375666 | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| UNITED STATES DISTRICT COURT - SAN JOSE/NORTHERN DISTRICT |
| Plaintiff: IN RE EX PARTE APPLICATION OF CONSUMERS' ASSOCIATION |
| Defendant: |

| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: 5:23-mc-80322-SVK |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the EX PARTE APPLICATION FOR AN ORDER GRANTING LEAVE TO TAKE DISCOVERY FOR USE IN A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782;

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at WESTMINSTER, CA, California, addressed as follows:

   a. Date of Mailing:        12/19/2023
   b. Place of Mailing:       WESTMINSTER, CA,
   c. Addressed as follows:   SAMSUNG SEMICONDUCTOR, INC.
                              3655 N 1st St
                              San Jose, CA 95134-1707

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at WESTMINSTER, CA, California in the ordinary course of business.

Fee for Service:
**VERITEXT**
**633 EAST COLONIAL DRIVE**
**ORLANDO, FL 32803**
**(800) 275-7991**
**Ref: 6375666**



I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on 12/19/2023.

Signature: _____
JEFF LANCASTER

**PROOF OF SERVICE BY MAIL**

Order#: 215478/mailproof

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 23-mc-80322

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* <u>Samsung Electronics America, Inc.</u> on *(date)* <u>12/19/2023</u>.

[X]   I served the subpoena by delivering a copy to the named individual as follows: <u>Simone M. Silva-Arrindell</u> on *(date)* <u>Tue, Dec 19 2023</u>; or

[ ]   I returned the subpoena unexecuted because: _____.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 12/19/2023

*Server's signature*

Anthony Iavarone

*Printed name and title*

400 Tenafly Rd #70, Tenafly, NJ 07670

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Dec 19, 2023, 11:16 am EST at CORPORATE: 85 CHALLENGER ROAD FLOOR 7, RIDGEFIELD PARK, NJ 07660 received by Simone M. Silva-Arrindell. Age: 35; Ethnicity: African American; Gender: Female; Weight: 150; Height: 5'5"; Hair: Black; Relationship: Senior legal counsel;