| | |
|---|---|
| 1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
|   |   A Limited Liability Partnership |
| 2 |   Including Professional Corporations |
|   | LEO D. CASERIA, Cal. Bar No. 240323 |
| 3 | lcaseria@sheppardmullin.com |
|   | 333 South Hope Street, 43rd Floor |
| 4 | Los Angeles, CA 90071-1422 |
|   | Telephone:    213.620.1780 |
| 5 | Facsimile:     213.620.1398 |
| 6 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
|   |   A Limited Liability Partnership |
| 7 |   Including Professional Corporations |
|   | MONA SOLOUKI, Cal. Bar No. 215145 |
| 8 | msolouki@sheppardmullin.com |
|   | Four Embarcadero Center, 17th Floor |
| 9 | San Francisco, California 94111-4109 |
|   | Telephone:    415.434.9100 |
| 10 | Facsimile:    415.434.3947 |
| 11 | Attorneys for Non-Parties |
|   | SAMSUNG SEMICONDUCTOR, INC. and |
| 12 | SAMSUNG ELECTRONICS AMERICA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF CONSUMERS' ASSOCIATION, | Case No. 5:23-mc-80322-VKD |
| Petitioner for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding | **NOTICE OF APPEARANCE OF LEO D. CASERIA AND MONA SOLOUKI**<br><br>Judge:    Virginia K. DeMarchi |

1  PLEASE TAKE NOTICE that Leo D. Caseria and Mona Solouki of Sheppard, Mullin,

2  Richter & Hampton LLP hereby appear as counsel for Non-Parties Samsung Semiconductor, Inc.

3  ("SSI") and Samsung Electronics America, Inc. ("SEA") in this action. Counsels' respective

4  addresses are:

5  LEO D. CASERIA, Cal. Bar No. 240323
   lcaseria@sheppardmullin.com
6  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   333 South Hope Street, 43rd Floor
7  Los Angeles, CA 90071-1422
   Telephone:    213.620.1780
8  Facsimile:    213.620.1398

9  MONA SOLOUKI, Cal. Bar No. 215145
   msolouki@sheppardmullin.com
10 SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   Four Embarcadero Center, 17th Floor
11 San Francisco, California 94111-4109
   Telephone:    415.434.9100
12 Facsimile:    415.434.3947

13

14  Dated: January 2, 2024              Respectfully submitted,

15                                      SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

16

17                                      By      /s/ Mona Solouki
                                            _____
18                                              LEO D. CASERIA
                                                MONA SOLOUKI
19                                              Attorneys for Non-Parties
                                            SAMSUNG SEMICONDUCTOR, INC., and
20                                          SAMSUNG ELECTRONICS AMERICA, INC.

21

22

23

24

25

26

27

28