SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
LEO D. CASERIA, Cal. Bar No. 240323
lcaseria@sheppardmullin.com
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071-1422
Telephone:    213.620.1780
Facsimile:    213.620.1398

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
MONA SOLOUKI, Cal. Bar No. 215145
msolouki@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947

Attorneys for Non-Parties
SAMSUNG SEMICONDUCTOR, INC. and
SAMSUNG ELECTRONICS AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF CONSUMERS' ASSOCIATION,<br><br>Petitioner for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding | Case No. 5:23-mc-80322-EJD<br><br>**NOTICE OF APPEARANCE OF LEO D. CASERIA**<br><br>Judge:    Virginia K. DeMarchi |

1  PLEASE TAKE NOTICE that Leo D. Caseria of Sheppard, Mullin, Richter & Hampton LLP hereby appears as counsel for Non-Parties Samsung Semiconductor, Inc. ("SSI") and Samsung Electronics America, Inc. ("SEA") in this action.  Counsel's contact information is as follows:

>LEO D. CASERIA, Cal. Bar No. 240323
>lcaseria@sheppardmullin.com
>SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
>333 South Hope Street, 43rd Floor
>Los Angeles, CA 90071-1422
>Telephone:    213.620.1780
>Facsimile:    213.620.1398

Dated:  January 3, 2024                    Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


By      */s/ Leo D. Caseria*
            LEO D. CASERIA
            MONA SOLOUKI
        Attorneys for Non-Parties
   SAMSUNG SEMICONDUCTOR, INC., and
   SAMSUNG ELECTRONICS AMERICA, INC.