**NORTON ROSE FULBRIGHT US LLP**
Katherine G. Connolly (SBN 313640)
katie.connolly@nortonrosefulbright.com
555 California Street, Suite 3300
San Francisco, CA 94104
Telephone: (628) 231-6800
Facsimile: (628) 231-6799

Attorney for *Third Party* QUALCOMM INCORPORATED

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re *Ex Parte* Application of<br><br>CONSUMERS' ASSOCIATION<br><br>Petitioner for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding | Case No. 23-mc-80322-EJD<br><br>**DECLARATION OF KATHERINE G. CONNOLLY IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED UNDER CIVIL LOCAL RULES 3-12 AND 7-11** |

- 1 -
DECLARATION OF KATHERINE G. CONNOLLY IN SUPPORT OF
ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES
SHOULD BE RELATED UNDER CIVIL LOCAL RULES 3-12 AND 7-11

DOCUMENT PREPARED
ON RECYCLED PAPER

I, Katherine G. Connolly, hereby declare as follows:

1. I am an attorney duly admitted to practice in the State of California and before this Court. I am a senior associate with the law firm Norton Rose Fulbright US LLP, attorneys for Qualcomm Incorporated ("Qualcomm") in *In re Ex Parte Application of Qualcomm Incorporated*, Case No. 24-mc-80019 (filed January 26, 2024). Pursuant to Civil Local Rule 7-11, I submit this declaration in support of Qualcomm's Administrative Motion to Consider Whether Cases Should Be Related Under Civil Local Rules 3-12 and 7-11 ("Motion"). If called as a witness, I could and would testify competently to the matters stated herein.

2. Attached here as **Exhibit 1** is a true and correct copy of the *Ex Parte* Application for An Order Granting Leave to Take Discovery for Use in a Foreign Proceeding Pursuant to 28 U.S.C. § 1782 (with attachments) (ECF 1) and the Memorandum of Points and Authorities in support of *Ex Parte* Application for An Order Granting Leave to Take Discovery for Use in a Foreign Proceeding Pursuant to 28 U.S.C. § 1782 (ECF 3) (without attachments), *In re Ex Parte Application of Consumers' Association*, Case No. 23-mc-80322-EJD, filed on December 7, 2023.

3. Attached as **Exhibit 2** is true and correct copy of the *Ex Parte* Application for An Order Granting Leave to Take Discovery for Use in a Foreign Proceeding Pursuant to 28 U.S.C. § 1782 (with attachments) (ECF 1), *In re Ex Parte Application of Qualcomm Incorporated*, Case No. 24-mc-80019, filed on January 26, 2024.

4. The intended subpoena recipients are the same in both Actions: Apple Inc., and Samsung Semiconductor, Inc. and/or Samsung Electronics America, Inc.

5. Qualcomm and the applicant in *In re Ex Parte Application of Consumers' Association*, Case No. 23-mc-80322-EJD, are both parties to the same ongoing legal proceeding in the United Kingdom, *Consumers' Association v. Qualcomm Incorporated*, pending before the Competition Appeal Tribunal, Case No.

382/7/7/21, that forms the basis of the requested discovery in both *In re Ex Parte Application of Consumers' Association*, Case No. 23-mc-80322-EJD and *In re Ex Parte Application of Qualcomm Incorporated*, Case No. 24-mc-80019 (together, the "Actions").

6. As such, substantially the same legal arguments regarding the statutory requirements and discretionary *Intel* factors under 28 U.S.C. § 1782 are being made in both Actions.

7. On January 27, 2024, Counsel for Qualcomm conferred by email with counsel for Applicant Consumers' Association. Counsel regarding the relief requested in this Motion. Counsel for Applicant Consumers' Association stated that, as their application had been granted, their "client considers that it would not be appropriate to consolidate the proceedings at this stage but acknowledges that this may be sensible in due course[.]" The email exchange is attached hereto as **Exhibit 3**.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of January 2024, at Livermore, California.

By  */s/ Katherine G. Connolly*
     Katherine G. Connolly

DOCUMENT PREPARED ON RECYCLED PAPER