# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re *Ex Parte* Application of<br><br>CONSUMERS' ASSOCIATION<br><br>Petitioner for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery For Use in a Foreign Proceeding | CASE NO.: 5:23-mc-80322 (EJD)<br>CASE NO.: 5:24-mc-80019 (EJD)<br><br>[PROPOSED] ORDER GRANTING APPLE INC.'S ADMINISTRATIVE MOTION TO STAY RESPONSE TO SUBPOENA PENDING RESOLUTION OF APPLE'S MOTION TO CONSOLIDATE PROCEEDINGS<br><br>*AS MODIFIED* |

Before the Court is Apple Inc.'s Administration Motion (the "Motion") to Stay Response to Subpoena Pending Resolution of Apple's Motion to Consolidate Proceedings.

Having given due consideration to the papers submitted in relation to the Motion, and any other proceedings before this Court related thereto, and for good cause shown, it is hereby ordered that:

(1) the Motion is GRANTED;

(2) Apple Inc. ("Apple") need not move to quash, respond to or comply with the subpoena that the Consumers' Association served on Apple in connection with the above-captioned miscellaneous proceedings until ~~the later of~~ April 3, 2024 ~~or 30 days after this Court rules on Apple's motion to consolidate the above-captioned miscellaneous proceeding with the action captioned *In re Qualcomm, Inc.*, No. 24-mc-80019 (N.D. Cal.)~~.

**IT IS SO ORDERED:** February 21, 2024

_____
Honorable Edward J. Davila
United States District Judge