Reena A. Gambhir (*pro hac vice*)
Mary Sameera Van Houten Harper (*pro hac vice*)
HAUSFELD LLP
888 16th Street NW, Suite 300
Washington, D.C. 20006
Telephone:    (202) 540-7200
Facsimile:    (202) 540-7201
E-mail: rgambhir@hausfeld.com
E-mail: mvanhouten@hausfeld.com

*Attorneys for Petitioner Consumers' Association*

*[Additional counsel listed on signature page]*

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

|  |  |
|---|---|
| IN RE: CONSUMERS' ASSOCIATION LITIGATION | CASE NO.: 5:23-mc-80322 (EJD) (Consolidated) |
|  | **STIPULATION AND ~~PROPOSED~~ ORDER STAYING THE PROCEEDINGS AGAINST APPLE ONLY** |

Pursuant to Local Civil Rule 7-12, applicants Consumers' Association ("Which"), Qualcomm Incorporated ("Qualcomm"), and respondent Apple Inc. ("Apple") hereby stipulate as follows:

WHEREAS, on December 7, 2023, Which commenced the above-captioned miscellaneous proceeding (the "Which 1782 Proceeding") seeking discovery pursuant to 28 U.S.C. § 1782 ("Section 1782") from Apple, as well as Samsung Semiconductor, Inc. ("SSI"), and Samsung, Electronics America, Inc. ("SEA," and together with SSI, the "Samsung Entities"), in connection with a lawsuit (the "U.K. Action") that Which commenced against Qualcomm before the

Competition Appeal Tribunal of the United Kingdom, *see* Dkt. No. 1;[1]

WHEREAS, on January 23, 2024, the Court entered an *ex parte* order in the Which 1782 Proceeding authorizing Which to serve subpoenas on Apple and the Samsung Entities, without prejudice to any argument that may be raised in a motion to quash, and requiring Apple and the Samsung Entities to file any such motion within 30 days of service or notice of the subpoenas and this Court's January 23, 2024 order, *see* Dkt. No. 21 at 7;

WHEREAS on January 25, 2024, Apple received a copy of Which's subpoena and this Court's January 23, 2024 order;

WHEREAS, on January 26, 2024, Qualcomm commenced a separate miscellaneous proceeding captioned *In re Ex Parte Application of: Qualcomm Incorporated*, No. 5:24-mc-80019 (N.D. Cal) (the "Qualcomm 1782 Proceeding" and, with the Which 1782 Proceeding, the "1782 Proceedings") seeking discovery pursuant to Section 1782 from Apple and the Samsung Entities in connection with the U.K. Action, *see* Qualcomm Dkt. No. 1;

WHEREAS, on February 7, 2024, the Court entered an order relating the 1782 Proceedings pursuant to Local Civil Rules 3-12 and 7-11, *see* Dkt. No. 24; Qualcomm Dkt. No. 13;

WHEREAS, on February 9, 2024, this Court entered an *ex parte* order in the Qualcomm 1782 Proceeding authorizing Qualcomm to serve subpoenas on Apple and the Samsung Entities, without prejudice to any argument that may be raised in a motion to quash, and requiring Apple and the Samsung Entities to file any such motion within 30 days of service or notice of the subpoena and this Court's February 9, 2024 order, *see* Qualcomm Dkt. No. 14 at 6;

WHEREAS, on February 15, 2024, Qualcomm served a subpoena and a copy of this Court's February 9, 2024 order on Apple;

WHEREAS, on February 21, 2024, this Court entered an order in each of the 1782 Proceedings granting Apple's motion to stay the deadline for Apple to respond to the subpoena

---

[1]    References to a "Dkt. No." refer to the ECF numbers in the above-captioned, consolidated Which 1782 Proceeding.  References to a "Qualcomm Dkt. No." refer to the ECF numbers in the Qualcomm 1782 Proceeding, as defined herein.

that Which delivered to Apple, and ordering that Apple "need not move to quash, respond to or comply with" that subpoena "until April 3, 2024," *see* Dkt. No. 32; Qualcomm Dkt. No. 20;

WHEREAS, on March 15, 2024, this Court entered a stipulated order in the Qualcomm 1782 Proceeding setting April 3, 2024 as the deadline for Apple to move to quash or respond to the subpoena that Qualcomm served on Apple, *see* Qualcomm Dkt. No. 22;

WHEREAS, on March 28, 2024, this Court consolidated the 1782 Proceedings pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, and ordered that all papers to be filed in the consolidated actions shall be filed in the above captioned-miscellaneous proceeding;

WHEREAS, on April 1, 2024, April 19, 2024, May 13, 2024, June 5, 2024, June 20, 2024, July 8, 2024, August 6, 2024, August 16, 2024, October 4, 2024, November 14, 2024 and December 5, 2024, this Court entered stipulated orders in the consolidated 1782 Proceedings extending the deadline for Apple and the Samsung Entities to move to quash or respond to the subpoenas served on them by Which and Qualcomm, *see* Dkt. Nos. 38, 40, 42, 45, 47, 49, 53, 55, 57, 59, and 61, and this deadline currently is set for February 13, 2025, *see* Dkt. No. 61;

WHEREAS, during this time, Which, Qualcomm, and Apple have conferred in good faith in an attempt to reach a compromise that would obviate the need for a motion to quash;

WHEREAS, on December 18, 2024, Which, Qualcomm, and Apple executed an agreement (the "Agreement") regarding the scope of discovery that Apple will produce in response to the subpoenas served on it by Which and Qualcomm in the 1782 Proceedings;

WHEREAS, the Agreement consensually resolves the scope of discovery sought by Which and Qualcomm in the 1782 Proceedings; and

WHEREAS, once the Agreement is fully performed in accordance with the terms thereof, Which and Qualcomm intend promptly to file stipulations dismissing their Section 1782 applications against Apple with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

NOW THEREFORE, WHICH, QUALCOMM, AND APPLE HEREBY STIPULATE, subject to the approval of this Court, that:

The 1782 Proceedings, including any deadline by which Apple would need to move to quash or serve written responses to the subpoenas served on it by Which or Qualcomm, are stayed against Apple to allow Apple, Which, and Qualcomm to perform pursuant to the Agreement;

The Court retains jurisdiction over the 1782 Proceedings to resolve disputes that may arise out of the Agreement; and

Once the Agreement is fully performed in accordance with the terms thereof, Which, Qualcomm, and Apple shall file stipulations dismissing the 1782 Proceedings against Apple with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

DATED:  January 10, 2025                    Respectfully submitted


                                            /s/  *Mary Sameera Van Houten Harper*
                                            Mary Sameera Van Houten Harper (*pro hac vice*)
                                            Reena A. Gambhir (*pro hac vice*)
                                            HAUSFELD LLP
                                            888 16th Street NW, Suite 300
                                            Washington, D.C. 20006
                                            Telephone:    (202) 540-7200
                                            Facsimile:     (202) 540-7201
                                            E-mail: mvanhouten@hausfeld.com
                                            E-mail: rgambhir@hausfeld.com


                                            Samuel Maida (Cal. Bar. No. 333835)
                                            HAUSFELD LLP
                                            600 Montgomery Street, Suite 3200
                                            San Francisco, CA 94111
                                            Tel:    (415) 633-1908
                                            Fax:    (415) 358-4980
                                            E-mail: smaida@hausfeld.com

                                            *Attorneys for Petitioner Consumers' Association*


                                            /s/  *James R. Sigel*
                                            James R. Sigel (Cal. Bar. No. 288478)
                                            DAVIS WRIGHT TREMAINE LLP
                                            50 California Street, 23rd Floor

San Francisco, California 94111-4701
Telephone:     (415) 276-6500
E-mail: JamesSigel@dwt.com

*Attorney for Respondent Apple Inc.*

/s/   *Katherine G. Connolly*
Katherine G. Connolly (CA SBN 313640)
NORTON ROSE FULBRIGHT US LLP
555 California Street, Suite 3300
San Francisco, California 94104
Telephone:     (628) 231-6800
Facsimile:     (628) 231-6799
E-mail: katie.connolly@nortonrosefulbright.com

Richard S. Zembek (*pro hac vice*)
NORTON ROSE FULBRIGHT US LLP
1301 McKinney Street, Suite 5100
Houston, Texas 77010
Telephone:     (713) 651-5151
Facsimile:     (713) 651-5246
E-mail: richard.zembek@nortonrosefulbright.com

Felice Galant (*pro hac vice*)
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, New York 10019
Telephone:     (212) 318-3000
Facsimile:     (212) 318-3400
E-mail: felice.galant@nortonrosefulbright.com

*Attorneys for Petitioner Qualcomm Incorporated*

1

## <u>ATTESTATION PURSUANT TO LOCAL CIVIL RULE 5-1(i)(3)</u>

2

Pursuant to Local Civil Rule 5-1(i)(3), I certify under penalty of perjury that concurrence in the

3

filing of this document has been obtained from the signatories above.

4

5

/s/   *Mary Sameera Van Houten Harper*

6

Mary Sameera Van Houten Harper

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**[PROPOSED] STIPULATED ORDER**

2          PURSUANT TO STIPULATION, IT IS SO ORDERED that the 1782 Proceedings, including

3   any deadline by which Apple would need to move to quash or serve written responses to the subpoenas

4   served on it by Which or Qualcomm, are stayed as against Apple while Apple, Which, and Qualcomm

5   perform pursuant to the Agreement. The Court shall retain jurisdiction to resolve any disputes that may

6   arise out of the Agreement. Once the Agreement is fully performed in accordance with the terms thereof,

7   Which, Qualcomm, and Apple shall file stipulations dismissing the 1782 Proceedings against Apple

8   with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

9

10   Date: January 13, 2025

11                                              HONORABLE EDWARD J. DAVILA
                                                UNITED STATES DISTRICT JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28